**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

Notice of Removal

**Anthony Gil - Plaintiff**

**v.**

**Massachusetts Department of Revenue / Child Support Enforcement 100 Cambridge St Boston, MA**

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

Context: Elian Taveras Case - ES24W1061WD

**I. JURISDICTION**

This Court has jurisdiction under 28 U.S.C. § 1331 and § 1343(a)(3) because this action involves federal questions arising under the Constitution and laws of the United States, specifically 42 U.S.C. § 1983.

**II. PARTIES**

Plaintiff: Anthony Gil

Defendant: Massachusetts Department of Revenue / Child Support Enforcement

100 Cambridge St

Boston, MA 02114

**III. STATEMENT OF FACTS**

Plaintiff was assigned child support obligations without being informed of the legal consequences of acknowledging paternity as required under 45 CFR 303.5. No financial affidavit was submitted, and Plaintiff never consented to be placed in the Title IV-D program. The child is not in need of public assistance, and child support determinations were made based on hearsay without proper evidentiary procedures.

**IV. CLAIMS FOR RELIEF**

- Violation of Due Process under the 14th Amendment

- Violation of 42 U.S.C. 1983

- Violation of 45 CFR 303.5 (Failure to properly establish paternity)

- Violation of fundamental parental rights under 42 U.S.C. 1301(d)

**V. RELIEF REQUESTED**

- Declaratory judgment voiding the child support order

- Injunctive relief prohibiting further enforcement actions

- Monetary damages for constitutional violations

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

- Any additional relief deemed just and proper by the Court

Respectfully submitted,

Anthony Gil

April 22, 2025

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**Anthony Gil - Plaintiff**

**v.**

**Attorney Samantha Albright - Defendant**

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)



Context: Elian Taveras Case - ES24W1061WD

## I. JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1331 and § 1343(a)(3) because this action involves federal questions arising under the Constitution and laws of the United States, specifically 42 U.S.C. § 1983.

## II. PARTIES

Plaintiff: Anthony Gil

Defendant: Attorney Samantha Albright

## III. STATEMENT OF FACTS

Attorney Samantha Albright acted as legal counsel in the Elian Taveras case. Despite her obligations to the court and parties involved, she participated in proceedings where the plaintiff was denied due process. Plaintiff was not informed of the legal consequences of acknowledging paternity as required by 45 CFR § 303.5, nor was any financial affidavit submitted. No proper consent was given for participation in the Title IV-D child support program, and the child support determination was based on hearsay. Her conduct enabled the state to impose child support obligations without adequate legal foundation or constitutional protections.

## IV. CLAIMS FOR RELIEF

- Violation of Due Process under the 14th Amendment

- Violation of 42 U.S.C. § 1983 through participation in deprivation of civil rights

- Failure to ensure compliance with 45 CFR § 303.5 regarding voluntary paternity acknowledgment

- Complicity in state action without evidentiary basis

## V. RELIEF REQUESTED

- Declaratory relief recognizing the constitutional violations

- Injunctive relief against future participation in proceedings where due process is violated

- Monetary damages for legal and constitutional harm caused

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

- Any additional relief deemed just and proper by the Court

Respectfully submitted,

Anthony Gil

April 22, 2025



**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**Anthony Gil - Plaintiff**

**v.**

**Judge Jennifer M. Ulwick - Defendant**

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

Context: Crystal Mercedes and Elian Taveras Cases - ES23W0832WD & ES24W1061WD

**I. JURISDICTION**

This Court has jurisdiction under 28 U.S.C. § 1331 and § 1343(a)(3) because this action involves federal questions arising under the Constitution and laws of the United States, specifically 42 U.S.C. § 1983.

**II. PARTIES**

Plaintiff: Anthony Gil

Defendant: Judge Jennifer M. Ulwick

**III. STATEMENT OF FACTS**

Judge Jennifer M. Ulwick presided over proceedings in which child support orders were issued against Plaintiff without due process. In both cases, Plaintiff was not informed of the legal consequences of acknowledging paternity, no financial affidavits were submitted, and no consent was given to be entered into the Title IV-D child support program. The judge allowed support orders to proceed based on hearsay, without a hearing in the Crystal Mercedes case, and failed to ensure procedural safeguards required under federal law. Her judicial actions resulted in violations of Plaintiff's constitutional rights and parental liberty interests.

**IV. CLAIMS FOR RELIEF**

- Violation of Due Process under the 14th Amendment

- Violation of 42 U.S.C. § 1983 for judicial participation in constitutional violations

- Failure to uphold procedural requirements under 45 CFR § 303.5

- Overreach of state power in matters involving federally protected parental rights

**V. RELIEF REQUESTED**

- Declaratory judgment identifying constitutional violations

- Injunctive relief to prevent further unlawful judicial orders against Plaintiff

- Monetary damages due to constitutional harm and emotional distress

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

- Any further relief the Court deems just and proper

Respectfully submitted,

Anthony Gil

April 22, 2025